# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEDRIC TURNER,<br><br>    Plaintiff,<br><br>v.<br><br>PORTER,<br><br>    Defendant. | Case No. 1:20-cv-00252-BAM (PC)<br><br>ORDER GRANTING NON-PRISONER APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 7) |

Plaintiff Dedric Turner ("Plaintiff") is a former state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. This action was transferred to the Fresno Division of the United States District Court for the Eastern District of California on February 19, 2020. (ECF No. 4.)

On February 20, 2020, the Court issued an order denying Plaintiff's application to proceed *in forma pauperis* by a prisoner and directing Plaintiff to submit a non-prisoner application to proceed *in forma pauperis* or pay the $400.00 filing fee within thirty days. (ECF No. 6.) On February 28, 2020, Plaintiff submitted the instant non-prisoner application to proceed *in forma pauperis*. (ECF No. 7.)

Examination of Plaintiff's application reveals that Plaintiff is unable to afford the costs of this action. Accordingly, the motion to proceed *in forma pauperis*, (ECF No. 7) is GRANTED.

IT IS SO ORDERED.

Dated: __**March 2, 2020**__     /s/ *Barbara A. McAuliffe*     
                    UNITED STATES MAGISTRATE JUDGE

1